# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>RONNIE MORENO,<br><br>　　　　　　Defendant. | Case No. 3:16-cr-00032-SLG-KFR |

## ORDER RE FINAL REPORT AND RECOMMENDATION

Before the Court at Docket 200 is Mr. Moreno's *Motion for Detention Review*. The motion was referred to the Honorable Magistrate Judge Kyle F. Reardon. At Docket 204, Judge Reardon issued his *Report and Recommendation on Defendant's Motion for Detention Review*, in which he recommended that the motion be dismissed without prejudice. No objections to the Report and Recommendation were filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1] A court is to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made."[2]

---

[1] 28 U.S.C. § 636(b)(1).

[2] *Id.*

However, § 636(b)(1) does not "require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."[3]

The magistrate judge recommended that the Court dismiss without prejudice the *Motion for Detention Review*. The Court has reviewed the *Report and Recommendation* and agrees with its analysis. Accordingly, the Court adopts the *Report and Recommendation*, and IT IS ORDERED that the *Motion for Detention Review* is DISMISSED without prejudice.

DATED this 13th day of November, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[3] *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Case No. 3:16-cr-00032-SLG-KFR, *USA v. Moreno*
Order re Final Report and Recommendation
Page 2 of 2
Case 3:16-cr-00032-SLG-KFR   Document 211   Filed 11/13/23   Page 2 of 2